**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00785-CV

**ERIC A. SCZEPANIK, Appellant**

**V.**

**CITIMORTGAGE INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08775-A**

## ORDER

Before the Court is appellant's October 13, 2014 third unopposed motion to extend time to file brief. Appellant requests a thirty-day extension and explains the extension is necessary because the parties are negotiating a settlement agreement. We **GRANT** the motion and **ORDER** appellant to file either his brief or a motion to dismiss the appeal no later than November 13, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
          JUSTICE